US DISTRICT COURT FOR D.C.

ADAEZE NWOSU VS. YALE UNIVERSITY.

NOTICE OF ERRATA.

29 July 2024.

OLD . PAGES 20-24 WERE INCORRECTLY ATTACHED. THE CORRECTED DEFENDANTS ARE APPROPRIATELY REFERENCED IN THE NEW FILING FOR LEGIBILITY.

*signature*

ADAEZE NWOSU.

Plaintiff.

29 July 2024.

RECEIVED
JUL 29 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia