# U.S. DISTRICT COURT
## DISTRICT OF COLUMBIA

## PRO SE CONSENT TO RECEIVE NOTICES OF ELECTRONIC FILING

CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:

**[✓] INITIAL REQUEST:** (Check this box to begin receiving notices of electronic filing)

I understand that I waive my right to receive service of documents by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted **ONE "free look"** at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid further charges. The **ONE "free look"** will expire in 15 days from the date the notice was sent. After the **ONE "free look"** is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document or for FREE by using the public terminals at the Clerk's Office.

I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which will allow me to view, print, and download documents at any time for a nominal fee.

The e-mail address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.

I understand that electronic service does not allow me to file documents electronically and does not mean that I can serve documents by e-mail. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.

I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.

**[ ] UPDATE TO INFORMATION:** (Check this box to make changes to your email address)

I have a new email address as indicated below.

**[ ] REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivate electronic noticing)

I request deactivation of electronic noticing. I understand that by deactivating my account, I will begin receiving all filings via U.S. mail instead of email.

I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

I am a pro se party and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. The U.S. District Court bears no liability for errors resulting from the information I have submitted on this form.

Signature: *Adaeze Nwosu*  
Date: 23 July, 2024  
Printed Name: ADAEZE NWOSU  
Case No: 24CV2213  
Home Address: 1802 VERNON ST, SUITE 508, WASHINGTON DC 20009.  
My Email Address is: ireoma@gmail.com

RETURN THE FORM VIA MAIL OR IN PERSON TO:  
The Clerk's Office  
U.S. District Court  
333 Constitution Ave. NW, Room 1225  
Washington, DC 20001

**RECEIVED**  
**JUL 29 2024**  
Clerk, U.S. District & Bankruptcy  
Courts for the District of Columbia