**In the United States District Court for the**

**District of Columbia**

| | | |
|---|---|---|
| Adaeze Nwosu | * | |
| | * v. | CIVIL ACTION NO: |
| | * | |
| | | 1:24-cv-02213 |
| Yale University et al. | * | |

## MOTION FOR RECUSAL

Comes now, the plaintiff files this motion to remind judge Cooper of a pending litigation involving fraud, discrimination and breach of contract brought by the plaintiff, where he crossed the threshold of impartiality under his judicial capacity, and in favor of the defendants. In that case the plaintiff had to file an interlocutory appeal to protect her right to a fair hearing, following extreme actions taken by the judge, and notwithstanding that judicial discretion may involve an unfavorable decision to either party; this case under judge Cooper's auspices remains on appeal. Similarly, in cases involving discrimination against large institutions, which is what this case is about, judge Cooooper has been found to uphold inapplicable laws in a manner that hurts the victim and instead unlawfully protects the large institutions. Delay of justice is denial, and the appellate court affirmed. In view of the aforementioned and in order that this discrimination and fraud case may proceed without fairly and expeditiously, the plaintiff kindly requests that judge Cooper recuse himself. A recusal at this early stage will not prejudice any party as no return service on the defendants have been filed.

Respectfully Submitted,

Adaeze Nwosu, Pro Se Plaintiff

6 August 2024

## CERTIFICATE OF SERVICE

I certify that on the 6th day of August, I have served a copy of the foregoing motion on the defendants via pacer.

Adaeze Nwosu, Pro Se Plaintff

6 August 2024



**RECEIVED**

AUG 6 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia