# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Adaeze Nwosu | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  1:24-cv-02213-CRC |
| Yale University, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, University of Miami and Richard S. Weisman                                                    .

Date:      08/23/2024

/s/ Bret R. Vallacher
*Attorney's signature*

Bret R. Vallacher
*Printed name and bar number*
Massey & Gail LLP
The Wharf
1000 Main Avenue SW, Suite 400
Washington, D.C. 20024

*Address*

bvallacher@masseygail.com
*E-mail address*

(202) 780-0351
*Telephone number*

(312) 379-0467
*FAX number*